**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No.18-23239-RBR
Syed S. Bukhari and
Saeeda Bukhari,                                              Chapter 13

_____Debtor (s)_____/

**Attorney-Represented Debtor's Verified Ex Parte Motion for Referral to**
**Mortgage Modification Mediation with Nationstar Mortgage d/b/a Mr. Cooper**

The Debtors file this Verified Ex Parte Motion for Referral to Mortgage

Modification Mediation ("Ex Parte Motion") and requests the Court enter an Order

Granting Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation" ("Ex

Parte Order") referring Syed S. and Saeeda Bukhari and Nationstar Mortgage d/b/a Mr.

Cooper ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1.      Debtors are individuals who filed jointly for bankruptcy relief under, or

converted to Chapter 7 on October 25, 2018.

2.      Debtor requests MMM for real property ("Property") located at the

following street address: 16163 NW 12th Street, Pembroke Pines, FL

33028; account number for this Property is 5719.

    a. The Property is (check one box):

        ☒  the Debtor's primary residence

        ☐  not the Debtor's primary residence

    b. Borrowers obligated on the promissory note and mortgage on the

       Property are (check one box):

☒ Debtors only

☐ Debtor and non-filing co-obligor/co-borrower/third party

Contact information for co-obligor/co-borrower/third party:

Name:_____

Address:_____

_____

Telephone:_____

email:_____

☐ Other:

Name:_____

Address:_____

_____

Telephone:_____

email:_____

c.  If applicable, Debtor's attorney has simultaneously filed with this
Motion the MMM Local Form "Third Party's Consent to Attend and
Participate in Mortgage Modification Mediation" signed by each co-
obligor/co-borrower/third party listed above.

3.  Debtor intends to (check all boxes that apply):

☒ modify the mortgage on the Debtor's primary residence.

☐ modify the mortgage on Property that is not the Debtor's primary
residence.

☐ surrender the Property to the Lender.

4.  Prior to filing this motion, Debtor remitted to Debtor's attorney the required
non-refundable portal submission fee in the amount of $40.00 and the

MMM-LF-01 (rev. 04/01/15)

required non-refundable Document Preparation Software fee in the amount of $40.00 for a total fee of $80.00.

5.  Prior to filing this motion, Debtor's attorney completed Debtor's information using the court-approved on-line program that facilitates the preparation of the Debtor's loan modification package ("Document Preparation Software") and has paid the $40.00 Document Preparation Software fee to the approved vendor.  Debtor's initial loan modification forms have been generated and are ready for signature and submission.  Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6.  Prior to filing this motion, Debtor's attorney has determined that:

☒ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

☐ Lender is not registered.  Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7.  Debtor requests Lender consider (check as many boxes as applicable):

☒ a HAMP or government sponsored loan modification

☒ a conventional loan modification

☒ a deed in lieu of foreclosure

MMM-LF-01 (rev. 04/01/15)

☐ a state court consent *in rem* final judgment of foreclosure

☐ surrender options

☐ other: _____

8. IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

    a. Debtor will submit all additional documents required for surrender as provided for on the MMM Portal.

    b. Debtor represents that the property has been listed for sale.

9. Prior to filing this motion, Debtor remitted the required mediator's fee in the amount of $300.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 11. Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

10. Within seven days after filing the MMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator (or "Notice of Clerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtor's attorney shall upload and submit through the MMM Portal, Debtor's Prepared Package, together with any additional forms or documents which Lender may post on the MMM Portal, and pay a non-refundable MMM Portal submission fee in the amount of $40.00. In addition, the Debtor's attorney will upload the Order to the MMM Portal as part of the submission of Debtor's documentation.

11. Debtor's attorney:

MMM-LF-01 (rev. 04/01/15)

☒ will forward the mediator's fee directly to the mediator within seven

days after designation of the mediator; **OR**

☐ represents that the Debtor requests he/she be considered as a

candidate for pro bono mediation because the Debtor's undersigned

attorney is representing the Debtor pro bono, or Debtor's income is

less than 150% above the poverty level (see attached calculation).

12. Debtor consents to Lender communicating directly with Debtor's attorney

for any and all aspects of the mortgage modification mediation program.

13. [For chapter 7 debtors] Debtor understands and consents to this Court's

MMM procedures which require that, if the Debtor becomes otherwise

eligible for entry of a discharge before the MMM process is completed, the

Court shall delay issuance of the discharge until either an agreement is

reached or the parties reach impasse as reflected in the Local Form "Final

Report of Mortgage Modification Mediator".

**WHEREFORE,** Debtor requests that the Ex Parte Motion be granted and for such

other and further relief as this Court deems proper.

## **DEBTOR'S VERIFICATION**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true

and correct on November 21, 2018.

_Bukhari_
Syed S. Bukhari, Debtor

_Saeeda Bukhari_
Saeeda Bukhari, Debtor

Page 5 of 6

MMM-LF-01 (rev. 04/01/15)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation was served by U.S, first class Mail, upon the parties listed below on November 26, 2018.

/s/ _____
VAN HORN LAW GROUP, P.A.
Chad Van Horn, Esq.
330 N. Andrews Avenue, Ste. 450
Fort Lauderdale, FL 33301
954-765-3166
954-756-7103
Florida Bar No.:064500
Chad@cvhlawgroup.com

Copies to:

Syed S. Bukhari and Saeeda Bukhari, 16163 NW 12th Street, Pembroke Pines, FL 33028

Nationstar Mortgage d/b/a Mr. Cooper, c/o Jay Bray, President and CEO, 8950 Cypress Waters Blvd., Coppell, TX 75019

Office of the US Trustee
USTPRegion 21. MM.ECF@usdoj.gove via CM/ECF

Chad S. Paiva
trustee@gmlaw.com via CM/ECF