UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 18-23239-RBR
Syed S. Bukhari and
Saeeda Bukhari,                                                 Chapter 7

_____ Debtor. _____/

## CERTIFICATE OF SERVICE (DE 15)

 I HEREBY CERTIFY that a true and correct copy of *Notice Of Hearing* was sent to the following parties on the date and in the manner so stated:

## VIA CM/ECF on 11/28/2018

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad S. Paiva
trustee@gmlaw.com, katrina.bankert@gmlaw.com;leslie.marder@gmlaw.com;ecf.alert+Paiva@titlexi.com

## VIA U.S. MAIL on 11/28/2018

Syed S. Bukhari and Saeeda Bukhari, 16163 NW 12th Street, Pembroke Pines, FL 33028

Nationstar Mortgage d/b/a Mr. Cooper, c/o Jay Bray, President and CEO, 8950 Cypress Waters Blvd., Coppell, TX 75019


Dated:  November 28, 2018

        **VAN HORN LAW GROUP, P.A.**
        330 N Andrews Ave., Suite 450
        Fort Lauderdale, FL 33301
        Telephone: (954) 765-3166
        Facsimile: (954) 756-7103
        Email: Chad@cvhlawgroup.com

      By: /s/  **Chad T. Van Horn, Esq.**_____
        Chad T. Van Horn, Esq.
        Florida Bar No. 64500