**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                                      CASE NO.: 18-23239-RBR
                                                                                          CHAPTER 7
**Syed S. Bukhari,**
   Debtor,

**Saeeda Bukhari,**
   Joint Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

          Robertson, Anschutz & Schneid, P.L.
          Authorized Agent for Secured Creditor
          6409 Congress Ave., Suite 100
          Boca Raton, FL 33487
          Telephone: 561-241-6901
          Facsimile: 561-997-6909
          By: /s/Nathalie Rodriguez
          Nathalie Rodriguez, Esquire
          Email: NRodriguez@rasflaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 28, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CHAD T VAN HORN
330 N ANDREWS AVE., SUITE #450
FT. LAUDERDALE, FL  33301

SYED S. BUKHARI
16163 NW 12TH ST
PEMBROKE PINES, FL  33028

SAEEDA BUKHARI
16163 NW 12TH ST
PEMBROKE PINES, FL  33028

CHAD S. PAIVA
CHAPTER 7 STANDING TRUSTEE
525 OKEECHOBEE BLVD., SUITE 900
WEST PALM BEACH, FL  33401

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Nathalie Rodriguez
    Nathalie Rodriguez, Esquire
    Email: NRodriguez@rasflaw.com